IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA C. LAMARCH, | ) |
| | ) Civil Action |
| Plaintiff | ) No. 10-cv-3114 |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security Administration, | ) |
| | ) |
| | ) |
| Defendant | ) |

O R D E R

NOW, this 5th day of April, 2011, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, which brief was filed November 17, 2010; upon consideration of Defendant's Response to Request for Review by Plaintiff, which response was filed December 17, 2010; upon consideration of Plaintiff's Reply Brief filed January 3, 2011; upon consideration of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa filed February 28, 2011; upon consideration of plaintiff's Complaint, defendant's Answer and after a thorough review of the record in this matter; it appearing that neither party filed objections to Magistrate Judge Caracappa's Report and Recommendation; it further appearing that Magistrate Judge Caracappa's Report and Recommendation correctly determined the legal issues presented in this case,

IT IS ORDERED that Magistrate Judge Caracappa's Report and Recommendation filed February 28, 2011 is approved and adopted.

IT IS FURTHER ORDERED that plaintiff's request for review is granted.

IT IS FURTHER ORDERED that, consistent with the Report and Recommendation, this matter is remanded to the Commissioner of Social Security for a new Administrative Law Judge to:

    (1) fully assess the medical opinions of Dr. Lawrence K. Alwine, D.O., Dr. George H.N. Adams, M.D., Dr. Seumitt Sozems, M.D. and Dr. Lalitha Gurijala, M.D., adequately explain the reasons for the weight, if any, given to such opinions, and adequately explain any rejection of such opinions;

    (2) address plaintiff's GAF score of 40 reported in October 2007 by Dr. George H.N. Adams, M.D. and consider how this score might affect her ability to work;

    (3) reevaluate the credibility of plaintiff's subjective allegations and provide reasons for any finding as to credibility;

    (4) address the statement of plaintiff's mother, Phyllis L. Sgrignoli, and discuss the impact of this statement on plaintiff's credibility and the severity of her alleged impairments; and

    (5) reevaluate plaintiff's residual functional capacity, including an assessment of plaintiff's abilities on a function-by-function basis.

IT IS FURTHER ORDERED that the Commissioner shall promptly appoint a new Administrative Law Judge to conduct a

hearing on plaintiff's disability claim consistent with this Order.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge